IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Paul Herbert Thompson, # 169816;** | ) |
| **Plaintiff,** | ) |
| v. | ) C/A No. 3:06-1329-CMC-BM |
| | ) |
| | ) O R D E R |
| **South Carolina Department of Corrections;** | ) |
| **and David Tatarsky, General Counsel;** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

Plaintiff, proceeding *pro se,* filed this complaint pursuant to 42 U.S.C. § 1983 claiming he was unlawfully retained in custody by the South Carolina Department of Corrections in violation of his constitutional rights. The Defendants filed a motion for summary judgment. Plaintiff was advised pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), that a failure to respond to the motion could result in the dismissal of his complaint. Plaintiff filed a response.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial proceedings and a Report and Recommendation. The Magistrate Judge issued a Report recommending that Defendants' motion for summary judgment be granted and that the case be dismissed. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the complaint, the motion, the response, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

**THEREFORE IT IS HEREBY ORDERED** that Defendants' motion for summary judgment is **GRANTED**, and this case is **dismissed with prejudice**.

**IT IS SO ORDERED**.

    s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 10, 2007

C:\Documents and Settings\arh47\Local Settings\Temp\notes6030C8\06-1329 Thompson v. SCDC, et al. - ds' mo for sj granted - dmb.wpd